JUDGE CAPROPHE



08 CIV 10507

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Natural Resources Defense Council, Inc., and
Public Citizen, Inc.

Plaintiff,

-v-

U.S. Consumer Product Safety Commission

Defendant.

Case No. _____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Natural Resources Defense Council and Public Citizen    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

**Date:** 12/4/2008

**Signature of Attorney**

**Attorney Bar Code:** MB 5823

Form Rule7_1.pdf  SDNY Web 10/2007