UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------------------x
NATURAL RESOURCES DEFENSE
COUNCIL, INC., et al.,

        Plaintiffs,

     - v. -

U.S. CONSUMER PRODUCT SAFETY
COMMISSION,

        Defendant.
------------------------------------------------x

08 Civ. 10507 (PGG)

**MOTION TO ADMIT COUNSEL
PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Mitchell S. Bernard, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Aaron S. Colangelo
    Natural Resources Defense Council
    1200 New York Ave., NW, Suite 400
    Washington, D.C. 20005
    Phone: (202) 289-2376
    Fax: (202) 289-1060

Aaron S. Colangelo is a member in good standing of the Bar of the District of Columbia. There is no pending disciplinary proceeding against Aaron S. Colangelo in any State or Federal court.

Dated: December ___, 2008
New York, NY

                              Respectfully submitted,

                              /s/ Mitchell S. Bernard
                              Mitchell S. Bernard (MB 5823)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

NATURAL RESOURCES DEFENSE )
COUNCIL, INC., et al., )
 )
      Plaintiffs, )
v. )
 )
 )    08 Civ. 10507 (PGG)
UNITED STATES CONSUMER )
PRODUCT SAFETY COMMISSION, )
 )
      Defendant. )
 )

State of New York  )
                 ) ss:
County of New York )

## Affidavit of Mitchell S. Bernard in Support of Motion to Admit Counsel Pro Hac Vice

Mitchell S. Bernard, being duly sworn, deposes and says:

1. I am Litigation Director of the Natural Resources Defense Council (NRDC), and am counsel for Plaintiff in this action. I am familiar with all proceedings in the case. I make this statement based on personal knowledge of the facts set forth herein, and in support of Plaintiff's motion to admit my colleague Aaron Colangelo as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in May 1980. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Aaron Colangelo since 2003. He is an attorney in the Washington, D.C. office of NRDC. I know Mr. Colangelo to be a skilled attorney and a person of integrity. He is an experienced federal practitioner and is familiar with the Federal Rules of Civil Procedure.

4. I move the admission of Aaron Colangelo, pro hac vice, and submit, as Exhibit A attached hereto, a proposed order to that effect.

WHEREFORE, it is respectfully requested that the Court grant the motion to admit Aaron Colangelo, pro hac vice.

Dated: New York, New York
December 8, 2008

Respectfully submitted,

_____
Mitchell S. Bernard (MB 5823)

Signed before me this 8th day
Of December, 2008

_____
Notary Public

SHARON HARGROVE
Notary Public, State of New York
No. 01HA6150963
Qualified in New York County
Commission Expires Aug 7, 2010

2



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

AARON S. COLANGELO

was on the 10TH day of JULY, 2000 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on December 8, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

# CERTIFICATE OF SERVICE

I hereby certify that I caused to be served a true and correct copy of **Plaintiffs' Motion to Admit Counsel Pro Hac Vice, Affidavit of Mitchell S. Bernard in Support of Motion to Admit Counsel Pro Hac Vice, Certificate of Good Standing,** and **Proposed Order for Admission Pro Hac Vice on Written Motion** on the following Counsel, by first-class mail, on this date, December 10, 2008.

Attorney General Michael Mukasey
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Civil Process Clerk
U.S. Attorney for the Southern District of New York
Civil Division
86 Chambers Street
New York City, NY 10007

Cheryl Falvey
General Counsel
U.S. Consumer Product Safety Commission
4330 East West Highway
Bethesda, MD 20814

Dustin Meyer
Natural Resources Defense Council

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATURAL RESOURCES DEFENSE COUNCIL, INC., et al,

Plaintiff,

- against -

U.S. CONSUMER PRODUCT SAFETY COMMISSION,

Defendant.

8 cv 10507 (PGG)

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of Mitchell S. Bernard attorney for Natural Resources Defense Council and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Aaron S. Colangelo |
| Firm Name: | Natural Resources Defense Council |
| Address: | 1200 New York Ave, NW, Suite 400 |
| City/State/Zip: | Washington, DC 20005 |
| Telephone/Fax: | (202) 289-2376 |
| Email Address: | acolangelo@nrdc.org |

is admitted to practice pro hac vice as counsel for Natural Resources Defense Council in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

United States District/Magistrate Judge