SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATURAL RESOURCES DEFENSE COUNCIL, INC., et al,   Plaintiff,

- against -

U.S. CONSUMER PRODUCT SAFETY COMMISSION,   Defendant.

8 cv 10507 (PGG)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Mitchell S. Bernard attorney for Natural Resources Defense Council and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name: Aaron S. Colangelo
Firm Name: Natural Resources Defense Council
Address: 1200 New York Ave, NW, Suite 400
City/State/Zip: Washington, DC 20005
Telephone/Fax: (202) 289-2376
Email Address: acolangelo@nrdc.org

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/08

is admitted to practice pro hac vice as counsel for Natural Resources Defense Council in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: Dec 17, 2008
City, State: New York, NY

_____
United States District/~~Magistrate~~ Judge

FOR OFFICE USE ONLY: FEE PAID $   SDNY RECEIPT#
SDNY Form Web 10/2006

Dockets.Justia.com