IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., et. al., </br></br> Plaintiffs, </br></br> v. </br></br> UNITED STATES CONSUMER PRODUCT SAFETY COMMISSION, </br></br> Defendant. | 08 Civ. 10507 (PGG) </br></br> **ORDER FOR ADMISSION** </br> **PRO HAC VICE** </br> **ON WRITTEN MOTION** |

Upon the motion of Mitchell Bernard, attorney for Natural Resources Defense Council, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Avinash Kar
> Natural Resources Defense Council
> 111 Sutter Street, 20th Floor
> San Francisco, CA 94104
> Telephone: 415.875.6100
> Fax: 415.875.6161
> e-mail: akar@nrdc.org

is admitted to practice pro hac vice as counsel for the Natural Resources Defense Council in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/09

Dated: Jan. 6, 2009
City, State: New York, N.Y.

_____
Paul G. Gardephe
United States District Judge