UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
NATURAL RESOURCES DEFENSE
COUNCIL, INC., and PUBLIC CITIZEN, INC.,       :
                                               :       NOTICE OF APPEARANCE
                                               :       AND REQUEST FOR
                    Plaintiffs,                        ELECTRONIC NOTIFICATION
                                               :
       v.
                                               :       08 Civ. 10507 (PGG)
U.S. CONSUMER PRODUCT SAFETY
COMMISSION,                                    :

                    Defendant.                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

TO:    Clerk of Court
       United States District Court
       Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note her appearance in this case, and also request that she be listed as Lead Attorney to whom Notices of Electronic Filing will be transmitted in this case.

                                               Respectfully submitted,

                                               LEV L. DASSIN
                                               Acting United States Attorney for the
                                               Southern District of New York

                                   By:         /s/ Beth E. Goldman
                                               BETH E. GOLDMAN (BG 6247)
                                               Assistant United States Attorney
                                               Telephone: (212) 637-2732

cc:    Mitchell S. Bernard, Esq.