**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NATURAL RESOURCES DEFENSE
COUNCIL, INC., AND
PUBLIC CITIZEN, INC.
Plaintiffs                                    :
                                              :
    v.                      :    08 Civ. 10507 (PGG)
                                              :
U.S. CONSUMER PRODUCT SAFETY
COMMISSION
Defendant                                     :    January 16, 2009

## MOTION FOR PERMISSION TO FILE AMICUS CURIAE BRIEF

    The State of Connecticut hereby moves this court for permission to file an amicus curiae brief regarding the issues raised by the above captioned matter for the reasons set forth in the accompanying memorandum of law.

                        STATE OF CONNECTICUT

                        RICHARD BLUMENTHAL
                        ATTORNEY GENERAL

BY:   /s/_____

        Mary K. Lenehan
        Assistant Attorney General
        55 Elm Street
        P.O. Box 120
        Hartford, CT  06141-0120
        Tel: (860) 808-5020
        Fax: (860) 808-5347
        Mary.Lenehan@po.state.ct.us

# CERTIFICATION

I hereby certify that on January 16, 2009 a copy of the foregoing motion was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/_____
 Mary K. Lenehan
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5250
Fax: (860) 808-5386
Email: Mary.Lenehan@po.state.ct.us