UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
NATURAL RESOURCES DEFENSE
COUNCIL, INC., and PUBLIC CITIZEN, INC.,     :

                                              :    NOTICE OF CROSS-MOTION
                    Plaintiffs,

                                              :    08 Civ. 10507 (PGG)
        v.
                                              :
U.S. CONSUMER PRODUCT SAFETY
COMMISSION,                                   :

                    Defendant.                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

      PLEASE TAKE NOTICE that, upon the pleadings, and the accompanying memorandum of law, defendants will cross-move this Court before the Honorable Paul G. Gardephe, United States District Judge, United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting defendant summary judgment dismissing plaintiffs' complaint and such other relief against as is just and proper.

Dated: New York, New York
       January 9, 2009

                              LEV L. DASSIN
                              Acting United States Attorney for the
                              Southern District of New York
                              Attorney for Defendant

              By:            /s/                 
                    BETH E. GOLDMAN (BG-6247)
                    Assistant United States Attorney
                    86 Chambers Street -- 3rd Floor
                    New York, New York 10007
                    Tel. No.: (212) 637-2732
                    beth.goldman@usdoj.gov

To: Mitchell S. Bernard, Esq.
Natural Resources Defense Council
40 West 20th Street
New York, New York 10011