# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., and PUBLIC CITIZEN, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 08 Civ. 10507 (PGG) |
| U.S. CONSUMER PRODUCT SAFETY COMMISSION, | ) ) ) | |
| Defendant. | ) ) ) | |

## DECLARATION OF JASANNA BRITTON

I, Jasanna Britton, declare as follows:

      1.      I have been a member of the Natural Resources Defense Council since 2007.

      2.      I live at 45 Greene Street, Apt. 3, New York, NY 10013.

      3.      I have a baby daughter who is four months old.

      4.      I buy toys for my child and child-care products for help with teething and feeding online and in New York stores such as Buy Buy Baby and Giggle.

      5.      I am really concerned about my daughter's exposure to phthalates in toys and child-care products because I have read that phthalates have hormonal and reproductive effects and she's four months old and putting everything in her mouth. I've got at least two more years of her putting everything in her mouth. It is very hard to know whether toys contain phthalates or not. With feeding products and other such plastics, I don't know what is in them or how to find out what is in them. When I go in children's stores, I often see bottles marked BPA-free, but have seen very few products marked phthalate-free. Right now, the only way I would feel

like I was buying safe products would be if I went to expensive, upscale boutique stores that specialize in safe children's products.

6. I don't have enough information about which toys or child-care products contain phthalates to help me make good purchasing decisions. As my daughter starts to teethe and chew, I am facing more of these decisions. I am trying to stay away from plastics to the extent that I can. I've made decisions to buy teething toys that are made of fabric, not plastic, but these don't work as well. As she gets older, it will be very difficult for me to prevent exposure to plastic toys, especially since she will come into contact with them at friends' or relatives' homes or at school. I would feel much safer purchasing toys and child-care products, as well as giving her products purchased by others, if I knew that phthalates were banned in all toys and child-care products, regardless of when they were manufactured. The Consumer Product Safety Commission should not be allowing manufacturers and retailers to sell these products if they contain phthalates.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information, and belief.

Dated: New York, New York

_December 5_, 2008

_____
Jasanna Britton