## CERTIFICATE OF SERVICE

I, Beth E. Goldman, am an Assistant United States Attorney in the office of Lev L.

Dassin, Acting United States Attorney for the Southern District of New York.

On the 23rd day of January 2009, I caused a copy of the Defendant's Reply

Memorandum of Law in Further Support of Defendant's Cross-Motion for Summary Judgment

to be delivered by electronic mail to mbernard@nrdc.org and by FEDERAL EXPRESS to:

Mitchell S. Bernard, Esq.
Natural Resources Defense Council
40 West 20th Street
New York, New York 10011

I certify under penalty of perjury that the foregoing is true and correct.

Executed on January 23, 2009

BETH E. GOLDMAN