IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., and PUBLIC CITIZEN, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) | 08 Civ. 10507 (PGG) |
| U.S. CONSUMER PRODUCT SAFETY COMMISSION, | ) ) ) ) | |
| Defendant. | ) ) ) | |

## DECLARATION OF ANNA LONERGAN

I, Anna Lonergan, declare as follows:

1. I have been a member of the Natural Resources Defense Council since 2006.

2. I live at 507 E. 84th Street, New York, NY 10028.

3. I have three children, all boys. They are two and a half, almost five, and almost seven years old.

4. I buy toys for my children from local toy stores in Manhattan. I am concerned about my children's exposure to phthalates in toys. As a parent, I'm responsible for the well-being of my children until they're old enough to protect themselves. It's irresponsible to allow them to play with toys that are potential health risks. Right now, I have no way of knowing whether toys contain phthalates or not.

5. I don't have enough information about which toys contain phthalates to be confident that I'm always making safe decisions. Manufacturers and the agencies that oversee the safety of products are not doing an adequate job of informing the public of potential risks and

protecting the public against those risks. I would feel safer if I knew that phthalates in toys were banned, and that the ban applied to all toys, regardless of when they were manufactured.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information, and belief.

Dated: New York, New York
12/7/08 , 2008

Anna Lonergan