## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., and PUBLIC CITIZEN, INC., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. CONSUMER PRODUCT SAFETY COMMISSION, <br><br> Defendant. | 08 Civ. 10507 (PGG) |

### DECLARATION OF LINDA LOPEZ

I, Linda Lopez, declare as follows:

1. I am the director of membership at the Natural Resources Defense Council, Inc. ("NRDC"). I have been the director of membership for twenty years.

2. My duties include supervising the preparation of materials that NRDC distributes to members and prospective members. Those materials describe NRDC and identify its mission.

3. NRDC is a membership organization incorporated under the laws of the State of New York. It is recognized as a not-for-profit corporation under section 501(c)(3) of the United States Internal Revenue Code.

4. NRDC currently has approximately 429,367 members. There are NRDC members residing in each of the fifty United States and in the District of Columbia, including 37,317 in New York.

5. NRDC's mission statement declares that "The Natural Resources Defense Council's purpose is to safeguard the Earth: its people, its plants and animals, and the natural

systems on which all life depends." "Stemming the tide of toxic chemicals" is one of NRDC's six priorities.

6.  Protecting the public from the substantial adverse health effects caused by exposure to toxic, endocrine-disrupting chemicals, including phthalates, is central to NRDC's purpose.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information, and belief.

Dated: New York, New York

      December 5, 2008

*[signature]*
Linda Lopez

2