IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., and PUBLIC CITIZEN, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 08 Civ. 10507 (PGG) |
| U.S. CONSUMER PRODUCT SAFETY COMMISSION, | ) ) ) ) | |
| Defendant. | ) ) ) | |

## DECLARATION OF JULIA PERSHAN

I, Julia Pershan, declare as follows:

      1.     I have been a member of the Natural Resources Defense Council since 1998.

      2.     I live at 1107 Fifth Avenue, New York, NY 10128.

      3.     I have three children, all girls. They are two, four, and six years old.

      4.     I often buy toys for my children online. I also buy toys in New York stores—sometimes general stores, sometimes chains like Target. I also buy child-care products like sippy cups, feeding utensils, and pacifiers, to help with feeding, teething, and sleeping at child-care specific stores in Manhattan and environmentally-geared online stores.

      5.     I am concerned about my children's exposure to phthalates in toys and child-care products because there are lots of plastics in toys and many plastics contain phthalates. I've read that many toys contain phthalates. I am concerned about long-term effects, especially given the rise in asthma and cancers, and at this age of huge physical development, I am concerned about the unknown effects down the road. For younger children, who are mouthing toys, toys

containing phthalates are especially pernicious because they have a lot of contact and exposure to potential toxics in toys. Right now, when I buy toys I often don't know if they contain phthalates. When I ask where the toys are made or if they contain phthalates, it's very hard to find anybody who knows.

6. I don't have enough information about which toys and child-care products contain phthalates to be confident that I'm making safe decisions. I look for phthalate-free products. I am using less plastic, whenever there is a choice. I don't use any plastic-containing food utensils, but still buy toys that contain plastic. It's hard to find food utensils that are safe. There is very little information on what they contain. I would find it a lot easier to shop if I knew that phthalates were banned in the products I buy. I would feel safer knowing that sales of all toys and child-care products that contain phthalates, regardless of the date of manufacture, were banned. The Consumer Product Safety Commission should execute the law as written and should be an advocate for making these products safe for children.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information, and belief.

Dated: New York, New York
Dec 6, 2008

Julia Pershan