## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| NATURAL RESOURCES DEFENSE ) <br> COUNCIL, INC., and PUBLIC CITIZEN, ) <br> INC., ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> U.S. CONSUMER PRODUCT ) <br> SAFETY COMMISSION, ) <br> ) <br> Defendant. ) <br> ) | 08 Civ. 10507 (PGG) |

## DECLARATION OF T. KATHRYN TUCKER

I, T. Kathryn Tucker, declare as follows:

1. I have been a member of the Natural Resources Defense Council for more than seven years.

2. I live at 444 West 20th Street, New York, NY 10011.

3. I have two children. My daughter is four and half years old and my son is two years old.

4. I buy toys for my children from internet toy stores like Back to Basics Toys, from local toy stores in Manhattan like Kidding Around, and from chain stores like Target and Toys R Us. I also buy child-care products for my two-year old to help with feeding, teething, and sleeping from stores such as Buy Buy Baby, Rite-Aid, and CVS.

5. I am concerned about my children's exposure to phthalates in toys and child-care products because of what I have read about studies showing the effects on children's hormones. Learning about endocrine disruption is frightening; it sounds very dangerous. Right now, I don't

always know whether toys contain phthalates or not. I look for products that say they are phthalate-free. Some bottles do, but toys mostly don't.

6. I don't have enough information about which toys or child-care products contain phthalates to be confident that I'm always making safe decisions. Besides looking for phthalate-free products, I am getting away from plastics as much as possible. I would feel safer if I knew that phthalates in toys and child-care products were banned, and that the ban applied to all toys and child-care products, regardless of when they were manufactured. I would be more confident buying the products and would buy more of the products. The Consumer Product Safety Commission's blatant disregard for the law makes me feel unsafe and unprotected. I feel that the places I am shopping and the CPSC can't be trusted to do the right thing by me and my family.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information, and belief.

Dated: New York, New York

_/2/8_, 2008

T. Kathryn Tucker