UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL RESOURCES DEFENSE
COUNCIL, INC. and PUBLIC CITIZEN,
INC.,

                 Plaintiffs,

- against -

U.S. CONSUMER PRODUCT SAFETY
COMMISSION,

                 Defendant.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/09

**ORDER**

08 Civ. 10507 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The State of Connecticut's motion to file an amicus brief in this action (Docket No. 10) is hereby GRANTED, and its amicus brief, which was submitted as Exhibit 1 to the State of Connecticut's memorandum of law in support of its motion, is hereby deemed filed.

Dated: New York, New York
       January 29, 2009

                                SO ORDERED.

                                _____
                                Paul G. Gardephe
                                United States District Judge